```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA,                               PLAINTIFF

        vs.                    CRIMINAL ACTION NO.5:03CR28BRN

Frances Nichole Allen                                   DEFENDANT

River Region Health System                              GARNISHEE

### ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant is no longer employed with River Region Health System.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on September 22, 2006, be and it is hereby quashed, and the garnishee, River Region Health System, is hereby dismissed.

ORDERED AND ADJUDGED this 13th day of October, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE