IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA,                                               PLAINTIFF

Vs.                                           CRIMINAL ACTION NO. 5:03CR28BRN

Frances Nichole Allen                                                   DEFENDANT

Riverside Construction, Inc.                                            GARNISHEE

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion ore tenus of the United States Attorney to quash the Writ of Garnishment issued in this action on May 10, 2007, on the grounds that the Defendant is no longer employed by Garnishee, Riverside Construction, Inc., Mr. Don S. Miller, Jr., Vice President, of Riverside Construction, Inc. informed the United States Attorney's Office that the Defendant, Frances Nichole Allen was no longer employed with Riverside Construction, Inc. and has not been employed by them since December 26, 2007.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on May 10, 2007, be and it is hereby quashed, and the garnishee, Riverside Construction, Inc., is hereby dismissed.

ORDERED AND ADJUDGED this  21st  day of    May   , 2008.


        s/ David Bramlette
DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE